district court of the United States, Middle District of Florida, at Fort Myers

| James Ernest Frye Jr., | Case No. |
| Plaintiff, | |
| v. | |
| William H. Barbour Jr., dba judge, et. al. | **ORDER** |
| Defendants. | |

## ORDER

AND NOW, upon a review and determination of Plaintiff's Amended Complaint and exhibits, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    Plaintiff's administrative process was done correctly. Defendants failed to respond, and instead remained silent. Therefore, the law of the contract stands. The judgment is ordered as follows:

    Defendants have admitted and agreed the Plaintiff James Ernest Frye Jr. was convicted without subject matter jurisdiction, and the judgment is void.

    Defendants are ordered to pay the Plaintiff the amount of Seventy-Eight Million One Hundred Thousand and no/100 United States Dollars ($78,100,000.00), per the agreement of the parties.

    The Order of the Court is released to the Plaintiff.

    Done this _____ day of _____, 2016.

                                                                                   JUDGE

Order, Case No. _____